Kalacinski, Appellant, *v.* Janney Cylinder Company.

Argued December 9, 1971. *William J. Brady, Jr.,* for appellant; *John S. Roberts, Jr.,* with him *Frederick L. Fuges,* and *MacCoy, Evans & Lewis,* for appellee.

Order affirmed.

Lazovitz, Inc., Appellant, *v.* Sproul Manor, Inc.

Argued December 10, 1971. *H. Robert Fiebach,* with him *Wolf, Block, Schorr and Solis-Cohen,* and *Fronefield, deFuria and Petrikin,* for appellant; *Michael H. Egnal,* with him *Egnal and Egnal,* and *Mullray, Ryan & Semeraro,* for appellee.

Order affirmed.